# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with a Facebook User ID, that is stored at premises controlled by Facebook, Inc., more fully described in Attachment A | )<br>)<br>) Case No. 20-SW-00087-SWH<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Information associated with a Facebook User ID that is stored at the premises controlled by Facebook, Inc., headquartered in Menlo Park, California, more fully described in Attachment A.

located in the     Northern     District of     California     , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B (Items to be seized), attached hereto and incorporated by reference, which is instrumentalities, and evidence concerning Human trafficking crimes in for which any person can be charged with a criminal offense, in violation of 18 U.S.C. §1591.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1591 | Sex Trafficking by Force, Fraud or Coercion. |

The application is based on these facts:
See attached Affidavit in Support of Search Warrant and Attachment A (Place to be Searched) and Attachment B (Items to be Seized).

☑ Continued on the attached sheet.

☑ Delayed notice of   30   days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

**Presented by reliable electronic means and sworn to telephonically**

*Applicant's signature*

Randall, Dolan, Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date:   March 18, 2020

*Judge's signature*

Western District of Missouri        Honorable Sarah W. Hays United States Magistrate Court
*Printed name and title*